**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KRISTINA EDWARDS,

        Petitioner

        v.

ALLSTATE INSURANCE COMPANY,

        Respondent

: No. 292 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.